NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL J. CANAPE; DEBORAH )
CANAPE; CANAPE ENTERPRISES, )
LLC; and ALPHA INSURANCE, LLC, )
                                )
        Appellants,             )
                                )
v.                              )        Case No. 2D18-4623
                                )
DANIEL SAMP; SAMP INSURANCE     )
AGENCY, INC.; and PURPOSE       )
INSURANCE AGENCY, INC.,         )
                                )
        Appellees.              )
_____  )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Sarasota
County; Frederick P. Mercurio, Judge.

John S. Koda of Brick Business Law, P.A.,
Tampa, for Appellants.

Bradford Petrino of Korshak & Associates,
P.A., Casselberry, for Appellees.


PER CURIAM.


        Affirmed.


VILLANTI, LaROSE, and SLEET, JJ., Concur.